Certificate Number: 05781-GAS-DE-041466032

Bankruptcy Case Number: 23-60125

05781-GAS-DE-041466032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 20, 2026, at 5:17 o'clock PM PDT, Teshawna Scott completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: September 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President